GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUN -1 PM 6: 17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01214 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>　1.  Erik Manuel Estrada,<br>　　　Counts 1-7<br><br>　2.  Jayme Megan Estrada,<br>　　　Counts 8-12<br><br>　　　　　Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>　　(Making False Statements in<br>　　Connection with Acquisition of<br>　　Firearms)<br>　　Counts 1-12<br><br>　　18 U.S.C. §924(d)<br>　　28 U.S.C. §2461(c)<br>　　(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-7**</u>

On or about the dates listed below, in the District of Arizona, Defendant ERIK MANUEL ESTRADA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ERIK MANUEL ESTRADA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm |
|---|---|---|---|
| 1 | 07/09/2019 | Second Amendment Sports | Ruger EC9S 9mm pistol |
| 2 | 12/13/2019 | Second Amendment Sports | Ruger EC95 9mm pistol |
| 3 | 04/25/2020 | Second Amendment Sports | Ruger EC95 9mm pistol<br>Ruger EC95 9mm pistol |
| 4 | 05/16/2020 | Second Amendment Sports | HS Product XD-9 9mm pistol |
| 5 | 05/21/2020 | Second Amendment Sports | Sig Sauer P320 9mm pistol<br>Sig Sauer P320 9mm pistol |
| 6 | 07/20/2020 | Second Amendment Sports | FN 503 9mm pistol |
| 7 | 07/27/2020 | Second Amendment Sports | FN 503 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 8-12

On or about the dates listed below, in the District of Arizona, Defendant JAYME MEGAN ESTRADA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JAYME MEGAN ESTRADA, in connection with the purchase of each of the firearms below, stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm(s) |
|---|---|---|---|
| 8 | 07/20/2020 | Second Amendment Sports | Smith & Wesson M+P46 .40 pistol |
| 9 | 07/27/2020 | Second Amendment Sports | Smith & Wesson M+P9 9mm pistol<br>Beretta BU9 Nano 9mm pistol<br>HS Product XDS-45 .45ACP pistol<br>Sig Sauer P365 9mm pistol |
| 10 | 02/02/2021 | The Hub | Glock 19 9x19mm pistol |
| 11 | 02/09/2021 | Turner's Outdoorsman | Walter PPQ 9mm pistol |
| 12 | 03/25/2021 | Turner's Outdoorsman | Smith & Wesson SD40VE .40 pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

*United States of America v. Erik Manuel Estrada, et al*
*Indictment Page 2 of 4*

# FORFEITURE ALLEGATION

Upon conviction of Counts One through Twelve of the Indictment, Defendants ERIK MANUEL ESTRADA and JAYME MEGAN ESTRADA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Ruger EC9S 9mm pistol | 456-20203 |
| 2 | Ruger EC95 9mm pistol | 457-13605 |
| 3 | Ruger EC95 9mm pistol | 457-13987 |
| 4 | Ruger EC95 9mm pistol | 456-22373 |
| 5 | HS Product XD-9 9mm pistol | AT216164 |
| 6 | Sig Sauer P320 9mm pistol | 58J082567 |
| 7 | Sig Sauer P320 9mm pistol | 58J083682 |
| 8 | FN 503 9mm pistol | CV010034 |
| 9 | FN 503 9mm pistol | CV010035 |
| 10 | Smith & Wesson M+P9 9mm pistol | JFB5151 |
| 11 | Beretta BU9 Nano 9mm pistol | NU144669 |
| 12 | HS Product XDS-45 .45ACP pistol | S3319390 |
| 13 | Sig Sauer P365 9mm pistol | 66A797135 |
| 14 | Glock 19 9x19mm pistol | BPDU374 |
| 15 | Walter PPQ 9mm pistol | FDA6524 |
| 16 | Smith & Wesson SD40VE .40 pistol | FDA2126 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 1, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Erik Manuel Estrada, et al*
*Indictment Page 4 of 4*